MARC A. PILOTIN
Regional Solicitor
JOSHUA P. FALK
Counsel for Safety and Health
DAVID H. CLARK
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
300 Fifth Ave., Suite 1120
Seattle, WA 98104-2397
Telephone: 206-757-6749
Clark.David.H@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JULIE A. SU,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>                                    Plaintiff,<br>        v.<br><br>ALASKA GOLDMINE LLC; and SHELDON MAIER,<br><br>                                    Defendants. | Case No. 4:23-cv-00019-JMK |

## <u>DECLARATION IN SUPPORT OF ACTING SECRETARY'S</u>
## <u>MOTION FOR EXPEDITED CONSIDERATION</u>

I, David H. Clark, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am employed by the United States Department of Labor as a Trial Attorney for the Acting Secretary of Labor ("the Acting Secretary"). Among other agencies I represent the Mine Safety and Health Administration ("MSHA"), an agency

of the United States government with its business address at 991 Nut Tree Road Vacaville, CA 95687. As an attorney for the Acting Secretary, I am responsible for litigating cases in District and Administrative Courts within the Western States and Territories of the United States, including Alaska.

2.     I am familiar with the facts and circumstances of the above-captioned case. I submit this Declaration in support of the Acting Secretary of Labor's Motion for Expedited Consideration under Local Civil Rule 7.3.

3.     Alaska Gold Mine LLC ("Alaska Goldmine") is engaged in the operation of an above ground gold mine within the jurisdiction of this Court. Of issue in this matter is the establishment located at located at mile marker 16 of the Steese Highway in Fairbanks Alaska near Pedro Creek ("Pedro Creek Mine").

4.     I am representing the Acting Secretary in this case and I have been in contact with Alaska Goldmine telephonically and via email in July, 2023.

5.     On July 14, 2023, Alaska Goldmine sent an email from the email address alaskagoldmine1@gmail.com, with two attached letters to the undersigned counsel. In these two pdf attachments the Defendants detail that they will "continue to refuse MSHA inspections." This attachment lists the address of Alaska Goldmine LLC as 276 Eagle Ridge Rd, Fairbanks, AK, 99712.

6.     On August 31, 2023, at 11:15 a.m., I called the number I have previously used to leave a voicemail for Sheldon Maier and left a voicemail requesting to discuss the denial of entry to MSHA inspectors.

7.     On September 1, 2023, I sent another email to Alaska Goldmine's email address that has previously been used to contact the Acting Secretary, alaskagoldmine1@gmail.com. In that message I requested the Defendants' position on if they were willing to agree to an inspection and if not, would they agree to an expedited briefing and hearing in this matter.

8.     On September 5, 2023, I sent another email to the Alaska Goldmine email address once again requesting their position on agreeing to inspection by MSHA and their position on having an expedited hearing on this matter.

9.     At the time of the signing of this declaration, Defendants have not responded to the calls, voicemails, and emails sent by the Acting Secretary.

10.     I have not been able to obtain from the Defendants information on whether they oppose or agree with expedited consideration. I have sent the Complaint and Motion for Preliminary Injunction to the Defendants' via certified mail, restricted delivery. Should certified mail fail as a delivery method I have also arranged for process servers to be available to serve the address listed on Alaska Goldmine's letter to MSHA which is the same address as is listed with the Alaska Secretary of State business registration.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that this document was executed on this day, September 8, 2023, in Glen Ridge, New Jersey.


By:     */s/ David H. Clark*
        _____
        David H. Clark
        Trial Attorney
        Office of the Solicitor
        United States Department of Labor

Dated: September 8, 2023

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

JOSHUA P. FALK
Counsel for Safety and Health


By:___/s/ David H. Clark_____
    **David H. Clark**
    Trial Attorney

    U.S. DEPARTMENT OF LABOR
    Attorneys for Petitioner

CERTIFICATE OF SERVICE

I am a citizen of the United States of America and am over eighteen years of age. I am not a party to the within action; my business address is 90 7th Street, Suite 3-700 San Francisco, CA 94103. On September 8, 2023, I served the within **DECLARATION IN SUPPORT OF ACTING SECRETARY'S MOTION FOR EXPEDITED CONSIDERATION** in this action by facsimile and by placing a true copy thereof in a sealed government envelope mailed in Seattle Washington, addressed to:

Representative for *Respondent,*                Sheldon Maier
                                                276 Eagle Ridge Rd
                                                Fairbanks, AK 99712


Executed: September 8, 2023,        _____/s/_____
                                    Dominique Chan
                                    Legal Assistant

                                    OFFICE OF THE SOLICITOR
                                    U.S. DEPARTMENT OF LABOR

David Clark Declaration in Support of Motion to Expedite Consideration
Case No. 4:23-cv-00019-JMK                                          Page 5
Case 4:23-cv-00019-JMK   Document 5-1   Filed 09/08/23   Page 5 of 5